AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

H.W. ELLIS PAINTING COMPANY, INC.
a/k/a HW Ellis Painting Co., Inc. and
JENNIFER LABOISSONNIERE

CASE NUMBER  1:06CV00095

CASE   JUDGE: Paul L. Friedman

DECK TYPE: Labor/ERISA (non-employme

DATE STAMP: 01//2006

TO: (Name and address of Defendant)

H.W. ELLIS PAINTING COMPANY, INC.
a/k/a HW Ellis Painting Co.,Inc.
21 Lark Industrial Parkway
Smithfield, RI  02828

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JAN 1 7 2005
DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**         **DISTRICT OF COLUMBIA**

International Painters and Allied Trades
Industry Pension Fund                              Civil No.: 1:06CV00095

vs

H. W. Ellis Painting Company, Inc.  a/k/a
HW Ellis Painting Co., Inc. et al.

SERVICE OF PROCESS ON: **H. W. Ellis Painting Company, Inc. a/k/a HW Ellis Painting Co., Inc.**

_MICHAEL A CAIRES_, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:  _1-31-06_
Place of Service:  _21 LARK INDUSTRIAL PARKWAY SMITHFIELD RI_
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

_✓_ By personally handing to an Officer or Manager In Charge or Managing Agent, whose name and title is: _JENNIFER LABOISSONNIERE   PRESIDENT_

Description of Person Receiving Documents: Male/Female   Skin Color_____
                                           Hair Color_____Age___Hgt___Wgt___

Undersigned declares under penalty of perjury that the foregoing is true and correct

_Michael Caires_                    _1-31-06_
Signature of Server                  Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, PC
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106              215-922-6700