AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

H.W. ELLIS PAINTING COMPANY, INC.
a/k/a HW Ellis Painting Co., Inc. and
JENNIFER LABOISSONNIERE

CASE NUMBER   1:06CV00095

JUDGE: Paul L. Friedman

DECK TYPE: Labor/ERISA (non-employme:

DATE STAMP: 01/17/2006

TO: (Name and address of Defendant)

JENNIFER LABOISSONNIERE
21 Lark Industrial Parkway
Smithfield, RI  02828

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JAN 17 2005
CLERK                                DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT         DISTRICT OF COLUMBIA

International Painters and Allied Trades
Industry Pension Fund                         Civil No.: 1:06CV00095

vs

H. W. Ellis Painting Company, Inc.  a/k/a
HW Ellis Painting Co., Inc. et al.

SERVICE OF PROCESS ON: **Jennifer Laboissonniere**

____MICHAEL CAIRES____, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:    1-31-06
Place of Service:   21 LARK INDUSTRIAL PARKWAY SMITHFIELD RI
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

✓  By personally handing to defendant.
___ By serving an adult resident of defendant's household.

Description of Person Receiving Documents: Male/Female   Skin Color_____
                                            Hair Color_____ Age___ Hgt___ Wgt___

Undersigned declares under penalty of perjury that the foregoing is true and correct

____Michael Caires____       1-31-06
Signature of Server          Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, PC
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106              215-922-6700

949-4600