IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND </br></br>            Plaintiff </br></br>v. </br></br>H.W. ELLIS PAINTING COMPANY, INC. </br>   a/k/a HW Ellis Painting Co., Inc., *et al.* </br></br>            Defendant | CIVIL ACTION NO. </br></br>06-00095(PLF) |

**STIPULATION FOR ENTRY OF
<u>CONSENT ORDER AND JUDGMENT</u>**

It is stipulated and agreed by the undersigned that the attached proposed Consent Order and Judgment may be entered without further notice or hearing.

INTERNATIONAL PAINTERS
AND ALLIED TRADES INDUSTRY
PENSION FUND

BY: _____
SANFORD G. ROSENTHAL, ESQUIRE
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611

H.W. ELLIS PAINTING COMPANY, INC.
a/k/a HW Ellis Painting Co., Inc.

BY: _____
JENNIFER LEBOISSONNIERE
21 Lark Industrial Parkway
Smithfield, RI 02828

164051-1