IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 06-00095(PLF) |
| H.W. ELLIS PAINTING COMPANY, INC. a/k/a HW Ellis Painting Co., Inc., *et al.* | ) ) ) ) | |
| Defendant. | ) | |

**JOINT STIPULATION FOR ENTRY OF**
**AMENDED CONSENT ORDER AND JUDGMENT**

It is stipulated and agreed by the undersigned that the attached proposed Amended Consent Order and Judgment may be entered without further notice or hearing.

INTERNATIONAL PAINTERS
AND ALLIED TRADES INDUSTRY
PENSION FUND

BY: _/s/ Kent Cprek_
KENT G. CPREK, ESQUIRE
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615

H.W. ELLIS PAINTING COMPANY, INC.
a/k/a HW Ellis Painting Co., Inc.

BY: _/s/ Jennifer LaBoissonniere_
JENNIFER LaBOISSONNIERE
21 Lark Industrial Parkway
Smithfield, RI 02828

172692-1