FILED

OCT 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 06-00095(PLF) |
| H.W. ELLIS PAINTING COMPANY, INC. a/k/a HW Ellis Painting Co., Inc., *et al.* | ) ) ) ) | |
| Defendant. | ) | |

## AMENDED CONSENT ORDER AND JUDGMENT

Upon consideration of the Joint Stipulation for Entry of Amended Consent Order and Judgment, it is ORDERED.

1.     Judgment is entered in favor of the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") and against Defendants, H.W. Painting Company, Inc. a/k/a HW Ellis Painting Co., Inc. ("Company") and Jennifer Leboissonniere ("Individual Defendant" and together with Company, "Defendants"), for unpaid contributions, liquidated damages, interest, late charges and attorneys' fees and costs pursuant to 29 U.S.C. §§1132(g)(2), 1145 and 26 U.S.C. §6621 in the amount of $55,657.66 ("Judgment Amount") which includes:

Audit Debt

| | | |
|---|---|---|
| (a) | Contributions (1/03 -11/05) | $17,640.29 |
| (b) | Interest (through 10/15/06) | $ 1,271.29 |
| (c) | Liquidated Damages | $ 3,529.84 |
| (d) | Audit Fee | $ 2,188.19 |
| | Sub-total (Audit Debt) | $24, 629.61 |

Prior Agreement Debt

| | | |
|---|---|---|
| (a) | Principal (8/05;10/05-12/05) | $ 8,846.79 |
| (b) | Liquidated Damages | $ 7,217.22 |
| (c) | Interest (through 2/15/06) | $534.80 |
| (d) | Late charges (9/05) | $46.84 |
| (e) | Attorneys' Fees and Costs (through 2/1/06) | $ 1,350.00 |
| (f) | Amortized Interest (through 10/15/06) | $1,236.68 |
| | Sub-total  (Prior Agreement Debt) | $19,232.33 |

Post-Audit Debt

| | | |
|---|---|---|
| (a) | Late charges (1/06 – 7/06) | $ 324.94 |
| (b) | Liquidated Damages (1/06 – 7/06) | $ 8,060.78 |
| (c) | Attorneys' Fees and Costs (9/15/06 – 9/27/06) | $ 3,410.00 |
| | Sub-total (Post-Audit Debt) | $11,795.72 |

Interest shall accrue on the Judgment Amount at the rate of 7% per annum compounded daily from October 2, 2006 to the date of payment.

2.      Defendants, their owners, officers, agents, servants, attorneys, and all persons acting on its behalf or in conjunction with them shall be and hereby are restrained and enjoined from failing or refusing to file complete, proper and timely remittance reports with all required contributions due and owing to the Pension Fund for all periods for which Defendants' are obligated to do so in accordance with the current and any future collective bargaining agreements to which Defendants are a party with any local union(s) affiliated with the International Painters and Allied Trades Industry.

172692-1

3.      The Pension Fund is entitled to reimbursement from Defendants of all attorneys'

fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court

or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs in

addition to those set out in ¶1(e) above.  *See*, 29 U.S.C. §1132(g)(2) and *Free v. Briody*, 793

F2d. 807 (7th Cir. 1986).

4.      The Clerk of the Court may immediately certify this Consent Order and Judgment

for transfer upon the request of Plaintiff and payment of any required fee.

BY THE COURT

PAUL L. FRIEDMAN          J.
United States District Judge

Date_____/0 | 11 | 06

Copies shall be sent to:

Kent G. Cprek, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 922-3524 (fax)

Jennifer Leboissonniere
H.W. Painting Company, Inc.
a/k/a HW Ellis Painting Co., Inc.
21 Lark Industrial Parkway
Smithfield, RI 02828

164051-1